W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 22-20509-13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Chapter 13 Case #: 22-20509-13  
Date of Filing: June 07, 2022

Amber R Sturgeon  
314 Creekside Ct  
Gardner, KS 66030

IN RE:  
Amber R Sturgeon  
Debtor

## RECEIPTS
For the Period from 1/1/2022 through 1/9/2023

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 7/20/22 | $230.00 | 8/2/22 | $230.00 | 8/16/22 | $230.00 | 9/2/22 | $230.00 |
| 9/28/22 | $230.00 | 10/4/22 | $230.00 | 10/18/22 | $230.00 | 11/3/22 | $230.00 |
| 11/17/22 | $230.00 | 12/2/22 | $230.00 | 12/20/22 | $230.00 | 1/4/23 | $230.00 |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | CLERK OF THE BANKRUPT | FILING FEE | $313.00 | 100.00 | $313.00 | 0.00 | $0.00 | $0.00 |
| 0 | Amber R Sturgeon | DEBTOR REFUND | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | WM LAW | ATTORNEY FEE | $3,600.00 | 100.00 | $955.71 | 0.00 | $0.00 | $2,644.29 |
| 1 | US Department of HUD | UNSECURED | $20,858.97 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 2 | AUTO NOW | SECURED-910 CAR | $12,462.51 | 100.00 | $635.87 | 5.50 | $388.23 | $11,826.64 |
| 3 | US DEPARTMENT OF EDU | SPCL CLASS-UNSECU | $20,772.22 | 13.12 | $0.00 | 0.00 | $0.00 | $2,724.90 |
| 4 | CENTURYLINK COMMUNI | UNSECURED | $190.50 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC | UNSECURED | $759.36 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 6 | KANSAS DEPARTMENT OF | PRIORITY ESTIMATE | $1,025.00 | 100.00 | $0.00 | 0.00 | $0.00 | $1,025.00 |
| 7 | LVNV FUNDING | UNSECURED | $451.49 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 8 | WEINSTEIN AND RILEY | UNSECURED | $2,982.05 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 9 | NPRTO MID-WEST, LLC | OTHER SECURED | $1,000.00 | 100.00 | $25.82 | 5.50 | $31.97 | $974.18 |
| 10 | ASHLEY FUNDING SERVIC | UNSECURED | $57.36 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 11 | ASHLEY FUNDING SERVIC | UNSECURED | $26.60 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 1006 | KANSAS DEPARTMENT OF | UNSECURED | $50.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 12 | JD RECEIVABLES LLC | UNSECURED | $1,784.77 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 13 | NATIONAL CREDIT ADJUS | UNSECURED | $230.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 14 | ADVANCE AMERICA | UNSECURED | $2,858.73 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 10009 | NPRTO MID-WEST, LLC | UNSECURED | $3,943.28 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |

W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 22-20509-13

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 1/16/2023

Receipts: $2,760.00  Paid To Claims: $2,350.60  Trustee's Fees Paid: $197.79  Funds On Hand: $211.61

**NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS